■ In the Matter of COUNTY OF ROCKLAND, Appellant, v THERESA MERKEL, Respondent. [605 NYS2d 902] —Appeal by the petitioner from a judgment of the Supreme Court, Rockland County (Stolarik, J.), dated July 8, 1991.

Ordered that the judgment is affirmed, with costs for reasons stated by Justice Stolarik at the Supreme Court. Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.